ORIGINAL

**FILED**

09/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0155

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0155

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CLIFFORD KEITH CLAYTON RICHARDS,

Defendant and Appellant.

**FILED**

SEP 2 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Clifford Keith Clayton Richards (Richards) filed a Notice of Appeal on March 13, 2019. The parties, by and through their respective counsel, stipulate to remand this proceeding to the District Court to conform the written judgment with the oral pronouncement of sentence and dismiss the remainder of the appeal with prejudice. Specifically, the parties agree the written judgment imposes costs that were not included in the oral pronouncement of his sentence. Paragraphs 1 through 4 on page 2 of the judgment mandate, respectively: (1) a $10 court technology fee, pursuant to § 3-3-317 MCA; (2) a $50 surcharge, pursuant to § 46-18-236; MCA, (3) a $15 misdemeanor charge, pursuant to § 46-18-236, MCA; and (4) instructions to pay the monies as soon as possible to the Clerk of District Court for Cascade County. The District Court did not include any of these costs in its oral judgment.

Without agreeing with all of the arguments advanced by Richards for dismissal and remand, the Attorney General's Office, after consultation with the Cascade County Attorney's Office, in the interests of justice and judicial economy, concedes this Court should remand this matter to the District Court with instructions to issue an amended judgment that removes the costs set forth in paragraphs 1 through 4 of the written judgment so the amended written judgment conforms with the oral pronouncement of sentence. Therefore,

IT IS ORDERED that this matter is remanded to the District Court to issue an amended judgment that removes the costs set forth in paragraphs 1 through 4 of the original judgment. With this remand, the appeal is dismissed pursuant to the stipulation of the parties with prejudice.

The Clerk is directed to provide a copy of this Order to the presiding judge in the Eighth Judicial District Court, Cascade County; to the Cascade County Clerk of Court; to counsel of record; and to Clifford Keith Clayton Richards.

DATED this 22nd day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2